UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID J. MORIARTY,
                Plaintiff,

v.                                                    Case No. 10-13860
                                                      Honorable Patrick J. Duggan

BNC MORTGAGE, INC., MORTGAGE
ELECTRONIC REGISTRATION
SYSTEM, INC., WELLS FARGO BANK,
and JOHN DOE TRUST,
                Defendants.
_____/

## JUDGMENT

        On August 17, 2010, Plaintiff David Moriarty ("Plaintiff"), through counsel, filed

a complaint against Defendants in the Circuit Court for Macomb County, Michigan.  In

his Complaint, Plaintiff seeks a declaratory judgment declaring void the foreclosure and

sheriff's deed with respect to property located at 16057 Harvest Spring Lane in Macomb

Township, Michigan.  After removing Plaintiff's Complaint to this Court, Defendants

filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).  In an

Opinion and Order entered on this date, the Court granted Defendants' motion.

        Accordingly,

        **IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's Complaint is

**DISMISSED WITH PREJUDICE**.

                                                _____
DATE: December 15, 2010                         s/PATRICK J. DUGGAN
                                                UNITED STATES DISTRICT JUDGE

Copies to:
Douglas A. McKinney, Esq.
Matthew J. Boettcher, Esq.
Patrick C. Lannen, Esq.